## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **PAPA ROD, INC.,** *et al.*, | : |
| Plaintiffs, | : |
| vs. | : CIVIL ACTION NO. 10-00272-B |
| **BP, PLC,** *et al.*, | : |
| Defendants. | : |

### ORDER

This action is before the Court on Defendants BP America, Inc., BP Products North America, Inc. and BP Exploration and Production, Inc.'s Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation (Doc. 12). Upon consideration, the Motion to Stay is **DENIED** with leave to re-file after responsive pleadings have been filed. See Burke v. BP Corporation North America, Inc., et al., No. 10-cv-00195-WS-M (S.D. Ala. May 25, 2010) (order denying motion for stay (Doc. 41)).

Done this **9th** day of **June, 2010.**

/s/ Sonja F. Bivins
**UNITED STATES MAGISTRATE JUDGE**